IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORY ILSUNG,

        Petitioner,                        No. 2:12-cv-1001 KJN P

   vs.

RALPH M. DIAZ,[1]

        Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner, proceeding without counsel, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 28, 2012, respondent filed a motion to dismiss this action as barred by the statute of limitations, and because it contains an unexhausted claim. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why his failure to oppose respondent's June 28, 2012 motion to dismiss

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the court substitutes Ralph M. Diaz, the current Acting Warden of the California Substance Abuse Treatment Facility, as respondent in place of Kathleen Allison.

1  should not be deemed a waiver of any opposition to the granting of the motion, and he shall file
2  an opposition.  Petitioner is cautioned that failure to respond to the instant order, or to file an
3  opposition to the pending motion to dismiss, will result in a recommendation that this action be
4  dismissed.
5  DATED: July 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ilsu1001.46h